# United States District Court
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| NovaStar Mortgage, Inc. | : | Case No. 1:06-cv-0570 |
| Plaintiff | : | District Judge Patricia A. Gaughan |
| vs. | : | |
| Jerry Andrasi, et al. | : | **NOTICE OF VOLUNTARY** |
| Defendants. | : | **DISMISSAL UNDER RULE 41(A)(1)** |

**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(A)(1)**

Plaintiff hereby dismisses its claims without prejudice under Ohio R. Civ. P. 41(A)(1).

All costs are taxed to Plaintiff.

Respectfully submitted,

/s/ Kevin L. Williams
Kevin L. Williams (0061656)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-222-4921
Fax 614-220-5613
klw-f@mdk-llc.com
Attorney for Plaintiff

So Ordered.
  /s/ Patricia A. Gaughan
        9/1/06

G:\Cases - TM\06-03256\dismissal-060828-KW.WPD